Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Naquaylia L Rhodes, Raylee Judson,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | ) Case Number: 24-cv-2147<br>) |
| **Michael W. Bickers, The Hideout on 36 Inc, Play Pen Inc, Touch of Class Inc Denise Wilhoit, Dirt Cheap Inc, Top Hat Inc,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |
| **Denise Wilhoit** | )<br>) |
| **Counter Claimant** | )<br>) |
| Vs. | )<br>) |
| **Raylee Judson and Naquaylia L Rhodes** | )<br>) |
| **Counter Defendants** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for lack of subject matter jurisdiction without prejudice.    The Plaintiff will recover nothing from this action.

**Dated: 3/6/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court