# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| NAQUAYLIA L. RHODES and RAYLEE JUDSON  *On Behalf of Themselves and All Other Similarly Situated Individuals* <br><br>Plaintiffs, <br><br>vs. <br><br>MICHAEL W. BICKERS, DENISE WILHOIT, THE HIDEOUT ON 36, INC, PLAY PEN INC., TOUCH OF CLASS, INC., DIRT CHEAP, INC. and TOP HAT, INC., <br><br>Defendants. | Case: 2:24-cv-02147-CSB-EIL |

## MOTION FOR DEFAULT

**To the Clerk of the U. S. District Court for the Central District of Illinois**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs request that the clerk enter the default of Defendants Michael W. Bickers, Play Pen Inc., Dirt Cheap, Inc., and Top Hat, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. The supporting Affidavit of Robert P. Kondras, Jr. is attached hereto.

Respectfully submitted,

*/s/*Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
Attorney No. 18038-84
Hassler Kondras Miller, LLP
100 Cherry Street
Terre Haute, Indiana 47807
 (812)232-9691
kondras@hkmlawfirm.com

/s/ Athena M. Herman
Athena M. Herman, Esq., ARDC #6243625
Athena Herman Law, LLC
416 Main Street, Suite 811
Peoria, Illinois 61602
Telephone: (309) 966-0248
Email: athena@athenahermanlaw.com


/s/ Gregg C. Greenberg
Gregg C. Greenberg, VA Bar No. 79610
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Email: GGreenberg@ZAGFirm.com

*Counsel for Plaintiffs and the Class / Collective*

## CERTIFICATE OF SERVICE

I certify that on <u>April 25</u>, 2025 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system as well as mailed United States First Class, Certified to the following:

| | | |
|---|---|---|
| The Hideout on 36, Inc.<br>c/o Mike Bickers<br>1000 18th St.<br>Charleston, IL 61920 | Dirt Cheap, Inc.<br>c/o Miranda Lysinger<br>1000 18th<br>Charlestown, IL 61920 | Mike Bickers<br>1000 18th St.<br>Charleston, IL 61920 |
| Play Pen Inc.<br>c/o Michael Davis<br>3295 Fruitridge Ave.<br>Terre Haute, IN 47804 | Top Hat, Inc., d/b/a Club Koyote<br>c/o Mark C. Webb<br>211 N. Pennsylvania St., Ste. 2400<br>Indianapolis, IN 46204 | Denise Wilhoit<br>537 Deer Run Trail<br>Charlestown, IL 61920 |
| Touch of Class, Inc.<br>c/o Miranda Lysinger<br>1202 Linden<br>Terre Haute, IN 47804 | | |

<u>/s/ Robert P. Kondras, Jr.</u>
Robert P. Kondras, Jr.